UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SECURITIES AND EXCHANGE COMMISSION, )
                Applicant        )
                                            )
v.                                          )   Misc. business Docket
                                            )   No. 06-MC-10454-RCL
CONCETTA A. DONOVAN and                     )
DAVID K. DONOVAN, SR.,                      )
                Respondents     )
_____)

### ORDER REQUIRING CONCETTA A. DONOVAN AND DAVID K. DONOVAN, SR. TO COMPLY WITH ADMINISTRATIVE SUBPOENA

The United States Securities and Exchange Commission ("Commission"), having filed an Application for Order to Show Cause and for Order to Comply with Administrative Subpoenas ("Application") concerning Concetta A. Donovan and David K. Donovan, Sr. ("Respondents") and the Court having jurisdiction over Respondents and over the subject matter of this proceeding, having considered the Application and supporting papers, being fully advised in the premises, and good cause being shown.

IT IS HEREBY ORDERED, that Respondent Concetta A. Donovan produce all documents responsive to the subpoena dated April 6, 2005 (the "subpoena"), not later than 10:00 a.m. on February 23, 2007 at the Commission's Boston District Office, 33 Arch Street, Boston, Massachusetts, 02110.

IT IS FURTHER ORDERED, that Respondent Concetta A. Donovan appear for testimony, pursuant to the subpoena, at 10:00 a.m. on March 23, 2007 at the Commission's Boston District Office, 33 Arch Street, Boston, Massachusetts 02110, or at a location mutually convenient to the parties. If required for medical reasons substantiated in writing by a physician,

the testimony may be limited to two-hour intervals per day, once per week, until the testimony is concluded.

IT IS FURTHER ORDERED, that Respondent David K. Donovan, Sr. produce all documents responsive to the subpoena not later than at 10:00 a.m. on February 23, 2007, at the Commission's Boston District Office, 22 Arch Street, Boston, Massachusetts, 02110.

DONE AND ORDERED at Boston, Massachusetts, this 25th day of January, 2007.

    /s/ REGINALD C. LINDSAY
United States District Judge

DATED:	January 25, 2007